THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRYSTAL KRUEGER, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>        v.<br><br>ALASKA AIRLINES, INC.,<br><br>Defendant. | CASE NO. C22-1777-JCC<br><br>MINUTE ORDER |

        The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

        Presently before the Court is Defendant's motion to dismiss (Dkt. No. 42). In the motion, Defendant states that "where an employer fails to 'allow[]' for the statutorily required meal and/or rest periods, *see* WAC 296.126.092(1), (4) . . . an employee may claim compensation for each missed break at his or her *regular rate of pay*." (*Id.* at 21) (emphasis added). The Court seeks supplemental briefing on whether, under Washington law, any missed meal or rest period *must*, indeed, be compensated at the *regular rate of pay* (as opposed to some other rate). Moreover, the briefing should address (1) whether Plaintiff's overtime claim can be ruled upon *without* determining the regular rate of pay, and (2) assuming the answer is "no," whether determining the regular rate of pay requires interpretation of the CBA's minimums, guarantees,

MINUTE ORDER
C22-1777-JCC
PAGE - 1

1  and pay protection provisions.

2      • Defendants' brief, not to exceed 6 pages, is due March 8, 2024.

3      • Plaintiff's response, not to exceed 6 pages, is due March 15, 2024.

4      • Defendants' reply, not to exceed 3 pages, is due March 20, 2024.

5

6      DATED this 1st day of March 2024.

7

8                                        Ravi Subramanian
                                         Clerk of Court

9
                                         s/Kathleen Albert
10                                       Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C22-1777-JCC
PAGE - 2