THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRYSTAL KRUEGER, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ALASKA AIRLINES, INC.,<br><br>Defendant. | CASE NO. C22-1777-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff recently filed a renewed motion to remand and noted the motion for consideration on April 19, 2024, consistent with Local Civil Rule 7(d)(3). (*See* Dkt. No. 53.) In the interest of judicial efficiency, the Court will consider this motion prior to its consideration of Defendant's motion to dismiss (Dkt. No. 42). Accordingly, the motion to dismiss will be re-noted to the date of this Court's ruling on the motion to remand.

DATED this 27th day of March 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C22-1777-JCC
PAGE - 1