THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRYSTAL KRUEGER, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC.,<br><br>Defendant. | CASE NO. C22-1777-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court recently granted Plaintiff's renewed motion to remand. (*See* Dkt. No. 71.) Defendant subsequently petitioned the Ninth Circuit Court of Appeals for permission to appeal the Court's ruling. (*See* Dkt. No. 72.) Accordingly, the Court's remand order (Dkt. No. 71) is STAYED pending resolution of Defendant's petition.

DATED this 14th day of June 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C22-1777-JCC
PAGE - 1